IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| SANDRA KAYE (BELL) ALEXANDER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 7:12-cv-3688-TMP |
| ) | |
| ALLSTATE INDEMNITY ) | |
| COMPANY, SHAROL ST. CIN, ) | |
| GEORGE TERRY, and STACY TERRY, ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

The court has for consideration the Report and Recommendation of Magistrate Judge T. Michael Putnam, filed on January 2, 2013, wherein he recommends that the claims against defendants George Terry and Stacy Terry be severed and remanded and the claim against defendant Sharol St. Cin be dismissed. No objections have been filed.

Having considered the recommendation of the Magistrate Judge, the court hereby **ACCEPTS** and **ADOPTS** the recommendation of the Magistrate Judge. Accordingly, the claims against defendants George Terry and Stacy Terry hereby are **SEVERED**. The Clerk is **DIRECTED** to **REMAND** those claims to the Circuit Court for Walker County, Alabama, from whence this case was removed. The claim against defendant Sharol St. Cin is **DISMISSED WITHOUT PREJUDICE**. This court retains jurisdiction over the claims against defendant Allstate Indemnity Company.

The case is again referred to the magistrate judge for further proceedings.

**DONE** and **ORDERED** this the 1st day of February, 2013.

_____
**VIRGINIA EMERSON HOPKINS**
United States District Judge